# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HARTIGAN, NEIL F  §  Case No. 09-39915
  §
  §
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 23, 2009. The undersigned trustee was appointed on October 23, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        620,035.36

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 505,646.03 |
| Administrative expenses | 36,821.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 77,567.35 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 07/26/2010 and the deadline for filing governmental claims was 07/26/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $34,251.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $34,251.77, for a total compensation of $34,251.77.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _06/03/2011_____     By: /s/GLENN R. HEYMAN_____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**


## CHICAGO TITLE AND TRUST COMPANY

171 NORTH CLARK
CHICAGO, IL 60601

### ESCROW TRUST DISBURSEMENT STATEMENT

DISBURSEMENT DATE: April 29, 2010

REFER TO: NANCY WASILY
PHONE:    (312)223-2146
FAX:      (312)223-2815

ESCROW TRUST NO.    LND210014635-001

PARTIES:
ROGER KEITH LONG
ROGER KEITH LONG
CASH DEAL

TITLE ORDER NO.    01409-ST5116019

RECEIPTS:

$            0.00

DISBURSEMENTS:

01) PRORATIONS/CREDITS - Seller

| | |
|---|---|
| TOTAL PRORATIONS | 0.00 |
| PURCHASE PRICE | 620,000.00 |
| ADJUSTED PURCHASE PRICE | $620,000.00 |

$620,000.00

02) CHICAGO TITLE AND TRUST COMPANY - Seller's Charges

Re: Title Order No. 01409-ST5116019

| | |
|---|---|
| ESCROW FEE | 500.00 |
| TITLE INSURANCE - CHICAGO TITLE/SHELDON SCHWARTZ | 1,990.00 |
| COMMITMENT UPDATE FEE | 100.00 |
| TRANSFER TAX | 620.00 |
| COUNTY TAX | 310.00 |
| CHICAGO TRANSFER STAMPS (CTA PORTION) | 1,860.00 |
| STATE OF IL REGISTRATION FEE | 3.00 |
| | $5,383.00 |

$5,383.00

03) 200 EAST PEARSON CORPORATION
PAYMENT                                45,208.48

$45,208.48

04) CHICAGO LAND AGENCY SERVICES
WATER CERT                                100.00

$100.00

05) THE BUILDING GROUP
PROCESSING FEE                            250.00

$250.00

06) PAYOFF EXISTING LOAN WITH:
FIRST COMMERCIAL BANK
BALANCE                               460,437.55

$460,437.55

07) BAIRD & WARNER
COMMISSION                             15,500.00

$15,500.00

08) COLDWELL BANKER
COMMISSION                             15,500.00

$15,500.00

NW2        04/29/10      16:00          NOTE: * - Items were Paid Outside of Closing.

ESCROW TRUST NO.   LND210014635-001
PAGE NO.   2

```
09) GLENN R EYMAN, TRUSTEE IN BANKRUPTCY
    NET PROCEEDS TO SELLER                                              $77,620.97
                                                                 =================


10) PRORATIONS/CREDITS - Buyer
                                              --------------------
    TOTAL PRORATIONS                                     0.00
    PURCHASE PRICE                                 620,000.00
                                              --------------------
    ADJUSTED PURCHASE PRICE                       $620,000.00        $620,000.00

11) CHICAGO TITLE AND TRUST COMPANY - Buyer's Charges

    Re: Title Order No. 01409-ST5116019

    ESCROW FEE                                         500.00
    POLICY UPDATE FEE                                  100.00
    WIRE FEE                                            50.00
    COUNTY TAX - CHICAGO TRANSFER STAMPS             4,650.00
    MEMORANDUM OF LEASE                                 50.00
    2 power of attorney                                104.00
                                              --------------------
                                                    $5,454.00          $5,454.00

12) SHELDON SCHWARTZ
    ATTORNEY FEE                                       800.00
                                                                        $800.00


13) ROGER KEITH LONG
    TOTAL DISBURSEMENT AMOUNT                                          $626,254.00
    TOTAL BUYER RECEIPTS                                                     $0.00
                                                                 --------------------
    AMOUNT DUE FROM BUYER                                             $626,254.00
                                                                 =================
```

DISBURSEMENTS APPROVED:

_4/29/10_      _G.e.R Hageman_      _Roger Keith Long_
DATE      _TTE in bankrpty_      _Margret Crogan by_

_4-29-10_      FOR SELLER      FOR BUYER
DATE

DATE

_4-29-10_      _JW_
DATE      FOR CHICAGO TITLE AND TRUST
     FOR LENDER


NW2     04/29/10     16:00       NOTE: * - Items were Paid Outside of Closing.

```
ESCROW NUM:  210014635-001    ORDER NUM: 01409-ST5116019 ZNC
CLOSER:          NANCY WASILY

BUYER:          ROGER KEITH LONG

SELLER:         GLENN R EYMAN, TRUSTEE IN BANKRUPTCY

PROPERTY:       200 E. PEARSON #5E, CHICAGO, ILLINOIS


       RECEIPTS
       --------
       CHASE                                                50,000.00
       CITI                                                576,500.00
                                                       ----------------
          TOTAL RECEIPTS                                   626,500.00
                                                       ================

       DISBURSEMENTS
       -------------
  A  CHICAGO TITLE INSURANCE
            ESCROW FEE                        500.00
            ESCROW FEE                        500.00
            TITLE INSURANCE                 1,990.00
            TRANSFER TAX                      620.00
            COUNTY TAX                      4,650.00
            COUNTY TAX                        310.00
            COMMITMENT UPDATE FEE             100.00
            WIRE FEE                           50.00
            CHICAGO TRANSFER STAMPS (CTA P  1,860.00
            MEMORANDUM OF LEASE                50.00
            STATE OF IL REGISTRATION FEE        3.00
            LESS TITLE PREM TO CLAS           400.00-
            LESS TITLE PREM TO AGENT        1,192.00-
            2 power of attorney               104.00
            CHECK TOTAL                                      9,145.00

  B  CHICAGO LAND AGENCY
            POLICY UPDATE FEE                 100.00
            TITLE PREM TO CLAS                400.00
            CHECK TOTAL                                        500.00

  C  FIRST COMMERCIAL BANK
            PAYOFF OF MORTGAGE            460,437.55
            CHECK TOTAL                                    460,437.55

  D  200 EAST PEARSON CORPORATION
            PAYMENT                        45,208.48
            CHECK TOTAL                                     45,208.48

  E  SHELDON SCHWARTZ
            ATTORNEY FEE                      800.00
            CHECK TOTAL                                        800.00

  F  CHICAGO LAND AGENCY SERVICES
            WATER CERT                        100.00
            CHECK TOTAL                                        100.00

  G  THE BUILDING GROUP
            PROCESSING FEE                    250.00
            CHECK TOTAL                                        250.00

  H  BAIRD & WARNER
            LISTING BROKER SHARE           15,500.00
            CHECK TOTAL                                     15,500.00

  I  COLDWELL BANKER
            SELLING BROKER SHARE           15,500.00
            CHECK TOTAL                                     15,500.00

  J  SHELDON SCHWARTZ 71-5067
            TITLE PREM TO AGENT             1,192.00
            CHECK TOTAL                                      1,192.00

  K  GLENN R EYMAN, TRUSTEE IN BANKRUPTCY
            NET PROCEEDS TO SELLER 1       77,620.97
            CHECK TOTAL                                     77,620.97

  L  ROGER KEITH LONG
            EXCESS PURCHASER FUNDS            246.00
            CHECK TOTAL                                        246.00




       04/29/10    16:00    NW2
```

CHICAGO TITLE AND TRUST COMPANY

ESCROW RECEIPT AND DISBURSEMENT AUTHORIZATION    PAGE  2

ESCROW NUM:    210014635-001    ORDER NUM: 01409-ST5116019 ZNC
CLOSER:              NANCY WASILY

TOTAL DISBURSEMENTS                              626,500.00

BALANCE                                                0.00

The undersigned authorize Chicago Title and Trust Company, as Escrowee, to make the expenditures and disbursements as listed above and we hereby approve the
same, jointly and severally, for payment.  The undersigned mortgagors certify that the signatures on the note and mortgage, if any, furnished as security for the loan
are genuine and that the consideration therefor was actual and valid without offset or defense.

| 4/29/10 | | |
|---|---|---|
| Date | Buyer | Seller |

Chicago Title & Trust Co.

Authorization

04/29/10    16:00    NW2