UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HARTIGAN, NEIL F § Case No. 09-39915
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/14/2011 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/03/2011    By: /s/Glenn R. Heyman
                               Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HARTIGAN, NEIL F     § Case No. 09-39915
                            §
                            §
                            §
Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 620,035.36 |
| *and approved disbursements of* | $ 542,468.01 |
| *leaving a balance on hand of* [1] | $ 77,567.35 |
| **Balance on hand:** | $ 77,567.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Internal Revenue Service | 241,251.00 | 241,251.00 | 0.00 | 27,518.73 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 27,518.73 |
| Remaining balance: | $ | 50,048.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 34,251.77 | 0.00 | 34,251.77 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 14,601.50 | 0.00 | 14,601.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 182.85 | 0.00 | 182.85 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,012.50 | 0.00 | 1,012.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 50,048.62 |
| Remaining balance: | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $308,993.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 305,466.32 | 0.00 | 0.00 |
| 13P | Illinois Department of Revenue | 3,527.62 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 891,544.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 28,754.05 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 1,259.72 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 1,239.54 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 4,834.17 | 0.00 | 0.00 |
| 5U | Internal Revenue Service | 83,840.27 | 0.00 | 0.00 |
| 6 | American Express Bank, FSB | 22,345.63 | 0.00 | 0.00 |
| 7 | American Express Centurion Bank | 49,092.61 | 0.00 | 0.00 |
| 8 | High Definition Systems | 8,326.34 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 43,000.66 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| 10 | JC Restoration | 5,786.19 | 0.00 | 0.00 |
| 11 | Fia Card Services, NA/Bank of America | 71,977.05 | 0.00 | 0.00 |
| 12 | Verizon Wireless | 956.96 | 0.00 | 0.00 |
| 13U | Illinois Department of Revenue | 238.41 | 0.00 | 0.00 |
| 15 | First Commercial Bank | 565,570.46 | 0.00 | 0.00 |
| 16 | Godfrey, Leibsle, Blackbourn & Howarth | 4,322.48 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                    Case No. 09-39915-JPC
Neil F Hartigan                                           Chapter 7
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhatch               Page 1 of 2                   Date Rcvd: Jun 03, 2011
                              Form ID: pdf006            Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2011.
db           +Neil F Hartigan,    200 E. Pearson,    Unit 5E,    Chicago, IL 60611-2352
aty          +Bruce L Wald,    Tishler & Wald Ltd,    200 S Wacker Dr,    Suite 3000,    Chicago, IL 60606-5815
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
14626534     +200 E. Pearson,    P.O. Box 5975,    Carol Stream, IL 60197-5975
14626535     +A. Robert Abboud,    960 Route 22,    Suite 212,    Fox River Grove, IL 60021-1955
14626536     +AAA Motor Club,    P.O. Box 17322,    Baltimore, MD 21297-1322
14626537     +Amalgamated Bank,    One West Monroe,    Chicago, IL 60603-5384
14626538     +Amalgamated Bank,    One West Monroe Street,    Chicago, IL 60603-5384
14626539     +American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14626540     +American Express,    P.O. Box 53779,    Phoenix, AZ 85072-3779
15636107      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15636108      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14626541     +American Express Optima,    P.O. Box 53779,    Phoenix, AZ 85072-3779
14626542     +American Express Platinum,    P.O. Box 53779,    Phoenix, AZ 85072-3779
14626544     +Associated Bank,    P.O. Box 44167,    Jacksonville, FL 32231-4167
14626546     +BP,   P.O. Box 15325,    Wilmington, DE 19886-5325
14626545     +Bloomingdales,    P.O. Box 183083,    Columbus, OH 43218-3083
15546489      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14626547     +Citi Advantage,    P.O. Box 6000,    The Lakes, NV 89163-0001
14626548     +Citi Preferred,    P.O. Box 6000,    The Lakes, NV 89163-0001
14626549     +Dr. Jordan Tilden,    333 East Ontario Suite A,    Chicago, IL 60611-4858
14626550     +Fifth Third Bank,    222 South Riverside Plaza,    33rd Floor,    Chicago, IL 60606-6806
14626553     +First Commercial Bank,    6945 N. Clark,    Chicago, IL 60626-3298
14626552     +First Commercial Bank,    6945 N. Clark Street,    Chicago, IL 60626-3298
14626554     +Godfrey, Leibsle, Blackbourn & Howarth,    354 Seymour Court,    Elkhorn, WI 53121-4236
15663717     +High Definition Systems,    C/O Greg Hoshaw,    Po Box 1367,    St Charles,IL 60174-7367
14626555     +High Definition Systems,    314 West Main Street,    St. Charles, IL 60174-1889
14626558    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:   IRS - District Director,     218 - Insolvency Group,    Stop 5016 CHI,
               230 S. Dearborn,    Chicago, IL 60604)
15552544    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Service,     P.O. Box 21126 STOP N781,
               Philadelphia, Pa 19114)
14626557     +IRS - District Counsel,    200 West Adams,    Suite 2300,    Chicago, IL 60606-5231
15823576      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14626543      Internal Revenue Service,    D. Patrick Mullarkey,    Tax Division (DOJ),
               Ben Franklin Station, DC 20044
14626556      Internal Revenue Service - Lien,    V. Epinger,    230 S. Dearborn,    Chicago, Illinois 60604-1505
14626559     +JC Restoration,    William P. Danna, Ltd., S.C.,    1105 W. Burlington Avenue,
               Western Springs, IL 60558-1574
14626560     +JP Morgan Chase - British Airways,    P.O. Box 15153,    Wilmington, DE 19886-5153
14626561     +JP Morgan Chase - United Mileage Plus,    P.O. Box 15153,    Wilmington 19886-5153
14626562     +Lake Shore Athletic,    211 N. Stetson,    Chicago, IL 60601-7803
14626563     +Macy’s,   P.O. Box 689195,    Des Moines, IA 50368-9195
14626564     +Mary K. Hartigan,    600 Greenwood Avenue,    Kenilworth, IL 60043-1028
14626565     +Mercy Hospital,    P.O. Box 5003,    Janesville, WI 53547-5003
14626566     +Neiman Marcus,    P.O. Box 729080,    Dallas, TX 75372-9080
14626567     +Peter Kelly,    1 State Street,    Suite 2400,    Hartford, CT 06103-3103
14626568     +Rush University,    1700 West Van Buren St.,    Chicago, IL 60612-5500
14626569     +University Pathologists,    5620 Southwyck Blvd,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15801361      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 23:55:03
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14626551     +E-mail/Text: swilloughby@firstbt.com Jun 03 2011 22:34:52     First Bank and Trust,
               820 Church Street,    Evanston, IL 60201-3764
14626570     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 03 2011 23:55:22     Verizon Wireless,
               P.O. Box 25505,    Lehigh Valley, PA 18002-5505
15817367     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 03 2011 23:55:22     Verizon Wireless,
               PO Box 3397,    Bloomington, Il 61702-3397
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
15705891*     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Jun 03, 2011
                              Form ID: pdf006           Total Noticed: 48

                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**                          **Signature:**    _Joseph Speetjens_