**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HARTIGAN, NEIL F                            § Case No. 09-39915
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $7,595.00                    Assets Exempt: $33,169.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $533,165.66   Claims Discharged
                                               Without Payment: $2,019,125.48

Total Expenses of Administration: $86,870.60

---

    3) Total gross receipts of $ 620,036.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $620,036.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $990,000.00 | $746,897.03 | $746,897.03 | $533,165.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 89,433.67 | 86,870.60 | 86,870.60 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,104,000.00 | 308,993.94 | 308,993.94 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,613,408.00 | 891,544.54 | 891,544.54 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,707,408.00 | $2,036,869.18 | $2,034,306.11 | $620,036.26 |

4) This case was originally filed under Chapter 7 on October 23, 2009. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011      By: /s/GLENN R. HEYMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 200 E. Pearson #5E Co-op | 1110-000 | 620,000.00 |
| Interest Income | 1270-000 | 36.26 |
| **TOTAL GROSS RECEIPTS** | | **$620,036.26** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Internal Revenue Service | 4800-000 | 540,000.00 | 241,251.00 | 241,251.00 | 27,519.63 |
| NOTFILED | First Commercial Bank | 4110-000 | 450,000.00 | N/A | N/A | 0.00 |
| | Chicago Title and Trust Company | 4120-000 | N/A | 45,208.48 | 45,208.48 | 45,208.48 |
| | Chicago Title and Trust Company | 4110-000 | N/A | 460,437.55 | 460,437.55 | 460,437.55 |
| **TOTAL SECURED CLAIMS** | | | **$990,000.00** | **$746,897.03** | **$746,897.03** | **$533,165.66** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 34,251.77 | 34,251.77 | 34,251.77 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 14,601.50 | 14,601.50 | 14,601.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 182.85 | 182.85 | 182.85 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,012.50 | 1,012.50 | 1,012.50 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,563.07 | 0.00 | 0.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 5,383.00 | 5,383.00 | 5,383.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| Chicago Title and Trust Company | 3510-000 | N/A | 15,500.00 | 15,500.00 | 15,500.00 |
| Chicago Title and Trust Company | 3510-000 | N/A | 15,500.00 | 15,500.00 | 15,500.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 88.98 | 88.98 | 88.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 89,433.67 | 86,870.60 | 86,870.60 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | 1,104,000.00 | 305,466.32 | 305,466.32 | 0.00 |
| 13P | Illinois Department of Revenue | 5800-000 | N/A | 3,527.62 | 3,527.62 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 1,104,000.00 | 308,993.94 | 308,993.94 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 28,754.00 | 28,754.05 | 28,754.05 | 0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 1,017.00 | 1,259.72 | 1,259.72 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,239.54 | 1,239.54 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,834.17 | 4,834.17 | 0.00 |
| 5U | Internal Revenue Service | 7100-000 | N/A | 83,840.27 | 83,840.27 | 0.00 |
| 6 | American Express Bank, FSB | 7100-000 | 23,404.00 | 22,345.63 | 22,345.63 | 0.00 |
| 7 | American Express Centurion Bank | 7100-000 | 45,800.00 | 49,092.61 | 49,092.61 | 0.00 |
| 8 | High Definition Systems | 7100-000 | 4,791.00 | 8,326.34 | 8,326.34 | 0.00 |
| 9 | American Express Centurion Bank | 7100-000 | 43,000.00 | 43,000.66 | 43,000.66 | 0.00 |
| 10 | JC Restoration | 7100-000 | 5,065.00 | 5,786.19 | 5,786.19 | 0.00 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | 73,317.00 | 71,977.05 | 71,977.05 | 0.00 |
| 12 | Verizon Wireless | 7100-000 | 1,215.00 | 956.96 | 956.96 | 0.00 |
| 13U | Illinois Department of Revenue | 7100-000 | N/A | 238.41 | 238.41 | 0.00 |
| 15 | First Commercial Bank | 7100-000 | 565,000.00 | 565,570.46 | 565,570.46 | 0.00 |
| 16 | Godfrey, Leibsle, Blackbourn & Howarth | 7100-000 | 3,458.00 | 4,322.48 | 4,322.48 | 0.00 |
| NOTFILED | First Bank and Trust | 7100-000 | 29,868.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Advantage | 7100-000 | 21,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 7100-000 | 3,224.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Preferred | 7100-000 | 24,960.00 | N/A | N/A | 0.00 |
| NOTFILED | Bloomingdales | 7100-000 | 3,545.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Jordan Tilden | 7100-000 | 4,088.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake Shore Athletic | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter Kelly | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | University Pathologists | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush University | 7100-000 | 1,997.00 | N/A | N/A | 0.00 |
| NOTFILED | Neiman Marcus | 7100-000 | 2,581.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Hospital | 7100-000 | 1,137.00 | N/A | N/A | 0.00 |
| NOTFILED | American Educational Services | 7100-000 | 6,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary K. Hartigan | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Macy's | 7100-000 | 17,043.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase - United Mileage Plus | 7100-000 | 35,071.00 | N/A | N/A | 0.00 |
| NOTFILED | A. Robert Abboud | 7100-000 | 260,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Amalgamated Bank | 7100-000 | 129,949.00 | N/A | N/A | 0.00 |
| NOTFILED | 200 E. Pearson Association | 7100-000 | 19,514.00 | N/A | N/A | 0.00 |
| NOTFILED | Amalgamated Bank | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,613,408.00 | 891,544.54 | 891,544.54 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-39915  
Case Name: HARTIGAN, NEIL F  

Period Ending: 09/14/11

Trustee: (330360) GLENN R. HEYMAN  
Filed (f) or Converted (c): 10/23/09 (f)  
§341(a) Meeting Date: 12/10/09  
Claims Bar Date: 07/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 200 E. Pearson #5E Co-op | 700,000.00 | 242,000.00 |  | 620,000.00 | FA |
| 2 | Cash on Hand | 30.00 | 30.00 | DA | 0.00 | FA |
| 3 | Checking account | 100.00 | 0.00 |  | 0.00 | FA |
| 4 | 1/2 interest in household goods and furnishings | 5,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5 | Security Deposit Commonwealth Edison | 365.00 | 365.00 | DA | 0.00 | FA |
| 6 | Books and Art Objects | 200.00 | 200.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 500.00 | 0.00 |  | 0.00 | FA |
| 8 | Furs and jewelry - 3 watches | 400.00 | 0.00 |  | 0.00 | FA |
| 9 | Life insurance policies w Northwestern Mutual | Unknown | Unknown |  | 0.00 | FA |
| 10 | General Assembly Retirement | 7,062.00 | 0.00 |  | 0.00 | FA |
| 11 | McDermott Will & Emory Pension | 500.00 | 0.00 |  | 0.00 | FA |
| 12 | Municipal Employee Annuity & Benefit Fund | 1,454.00 | 0.00 |  | 0.00 | FA |
| 13 | Social Security | 1,953.00 | 0.00 |  | 0.00 | FA |
| 14 | Loan to secretary | 0.00 | 0.00 |  | 0.00 | FA |
| 15 | 1995 Lincoln Towncar | 2,200.00 | 0.00 |  | 0.00 | FA |
| 16 | Used office equipment & furniture | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 17 | Trip to Italy purchased at auction | Unknown | Unknown | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 36.26 | FA |
| 18 | Assets Totals (Excluding unknown values) | $721,764.00 | $245,595.00 |  | $620,036.26 | $0.00 |

Major Activities Affecting Case Closing:

07/15: will have tax returns prepared, reviewing claims, motion to determine homestead exemption

12/2010: Final tax returns filed. Will close case.

05/2011: Preparing fee app for atty and Trustee then will file TFR.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-39915  
Case Name: HARTIGAN, NEIL F  
Period Ending: 09/14/11

Trustee: (330360)   GLENN R. HEYMAN  
Filed (f) or Converted (c): 10/23/09 (f)  
§341(a) Meeting Date: 12/10/09  
Claims Bar Date: 07/26/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR):   February 28, 2011      Current Projected Date Of Final Report (TFR):   April 26, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-39915 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | HARTIGAN, NEIL F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******07-65 - Money Market Account |
| Taxpayer ID #: | **-***7332 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/10 | | Chicago Title and Trust Company | Proceeds from Sale of Co-op at 200 E. Pearson #5E Chicago, IL | | | 77,620.97 | | 77,620.97 |
| | {1} | | Gross Proceeds from sale of co-op | 620,000.00 | 1110-000 | | | 77,620.97 |
| | | | Title fees incl. transfer stamps, escrow fee etc. | -5,383.00 | 2500-000 | | | 77,620.97 |
| | | | 200 E. Pearson Corp. - payment of back assessments | -45,208.48 | 4120-000 | | | 77,620.97 |
| | | | Chicago Land Agency - Water Cert. | -100.00 | 2500-000 | | | 77,620.97 |
| | | | The Building Group - processing fee | -250.00 | 2500-000 | | | 77,620.97 |
| | | | Payoff of mortgage to First Commercial Bank | -460,437.55 | 4110-000 | | | 77,620.97 |
| | | | Baird and Warner RE Broker Commission | -15,500.00 | 3510-000 | | | 77,620.97 |
| | | | Coldwell Bank RE Broker Commission | -15,500.00 | 3510-000 | | | 77,620.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 4.31 | | 77,625.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 4.47 | | 77,629.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 4.61 | | 77,634.36 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 4.61 | | 77,638.97 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.91 | | 77,640.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.97 | | 77,642.85 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.91 | | 77,644.76 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.97 | | 77,646.73 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.97 | | 77,648.70 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.78 | | 77,650.48 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-39915  Blanket Bond Payment Bond #016026455 | | 2300-000 | | ! 88.98 | 77,561.50 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.97 | | 77,563.47 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.91 | | 77,565.38 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.97 | | 77,567.35 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.63 | | 77,567.98 |
| 07/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.27 | | 77,568.25 |

Subtotals :    $77,657.23    $88.98

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/14/2011 01:50 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-39915 | | Trustee: | GLENN R. HEYMAN (330360) |
| Case Name: | HARTIGAN, NEIL F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******07-65 - Money Market Account |
| Taxpayer ID #: | **-***7332 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/11 | | To Account #9200******0766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 77,568.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 77,657.23 | 77,657.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 77,568.25 | |
| | | | **Subtotal** | | 77,657.23 | 88.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$77,657.23** | **$88.98** | |

{} Asset reference(s)    Printed: 09/14/2011 01:50 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-39915 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | HARTIGAN, NEIL F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******07-66 - Checking Account |
| Taxpayer ID #: | **-***7332 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/11 | | From Account #9200******0765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 77,568.25 | | 77,568.25 |
| 07/14/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $34,251.77, Trustee Compensation;  Reference: | 2100-000 | | 34,251.77 | 43,316.48 |
| 07/14/11 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,012.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,012.50 | 42,303.98 |
| 07/14/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $14,601.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,601.50 | 27,702.48 |
| 07/14/11 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $182.85, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 182.85 | 27,519.63 |
| 07/14/11 | 105 | Internal Revenue Service | Dividend paid  11.40% on $241,251.00; Claim# 5S; Filed: $241,251.00; Reference: | 4800-000 | | 27,519.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 77,568.25 | 77,568.25 | $0.00 |
| | | | Less: Bank Transfers | | 77,568.25 | 0.00 | |
| | | | Subtotal | | 0.00 | 77,568.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $77,568.25 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******07-65 | 77,657.23 | 88.98 | 0.00 |
| Checking # 9200-******07-66 | 0.00 | 77,568.25 | 0.00 |
| | $77,657.23 | $77,657.23 | $0.00 |